IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JESSICA MCKINNEY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 126-018 |
| | * | |
| EQUIFAX INFORMATION SERVICES | * | |
| LLC and EXPERIAN INFORMATION | * | |
| SOLUTIONS, INC., | * | |
| | * | |
| Defendants. | * | |

**O R D E R**

Before the Court is Plaintiff's notice of dismissal with prejudice as to Defendant Experian Information Solutions, Inc. ("Experian"). (Doc. 12.) Defendant Experian has not filed an answer or motion for summary judgment. Thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE** as to Defendant Experian. The Clerk is **DIRECTED** to **TERMINATE** Defendant Experian as a party to this action. Each party shall bear its own costs and fees unless otherwise agreed. This action shall remain pending in all respects as to Defendant Equifax Information Services LLC.

ORDER ENTERED at Augusta, Georgia, this 22nd day of June, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2