IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

JESSICA MCKINNEY,                    *
                                     *
        Plaintiff,                   *
                                     *
        v.                           *        CV 126-018
                                     *
EQUIFAX INFORMATION SERVICES         *
LLC and EXPERIAN INFORMATION         *
SOLUTIONS, INC.,                     *
                                     *
        Defendants.                  *

JUL 31 2026

FILED

## O R D E R

Before the Court is the Parties' joint stipulation of dismissal as to Defendant Equifax Information Services LLC. (Doc. 14.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE.** The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 31ST day of July, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA